APPEAL No. 78-256.  WALTER WIERZBICKI *v.* AMICA MUTUAL INSURANCE COMPANY. The defendant's motion to

affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. *Kirshenbaum & Kirshenbaum, Vincent Morgera,* for plaintiff. *Hanson, Curran & Parks, David P. Whitman,* for defendant.